# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 21-10183-SDB |
| | : CHAPTER: 13 |
| MARQUITA NICHOLE CROMER | : |
| DONNIE DURAN CROMER | : |
|     Debtors | : |
| ------------------------------- | ------------------------------- |
| PENNYMAC LOAN SERVICES, LLC, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| MARQUITA NICHOLE CROMER | : |
| DONNIE DURAN CROMER | : |
| HUON LE, Trustee | : |
|     Respondents. | : |

### MOTION TO APPROVE LOAN MODIFICATION AND REQUEST FOR HEARING

COMES NOW, PennyMac Loan Services, LLC, its successors or assigns, a secured creditor of the above-named Debtors, and moves this Court to approve the Loan Modification Agreement negotiated by the parties and respectfully shows the Court as follows:

1.

Movant and Debtors have entered into a Final Loan Modification Agreement (hereinafter the "Agreement") modifying the Loan XXXXXX4877 which is secured by property now or formerly known as 3715 SHALLOW CREEK XING, MARTINEZ, GA 30907. A copy of the proposed Agreement is attached hereto as Exhibit "A".

2.

Movant requires the Debtor continue making all post modification payments, as of the effective date of the modification agreement, on or before their due date until such time as court approval is granted and the modification is finalized. Failure to maintain post modification

payments may result in the modification being denied by the servicer, upon filing proper notification with the bankruptcy court.

3.

Pre-Modification Loan Information:

- UPB: $162,047.68
- Interest Rate: 2.875%
- Maturity Date: March 1, 2052
- Total Monthly Payment Amount: $930.82
    - Monthly Payment P&I: $692.09
    - Monthly Payment Escrow: $238.73

Post Modification Loan Information:

- UPB: $165,128.68
- Interest Rate: 5.625%
- Maturity Date: November 1, 2053
- Total Monthly Payment Amount: $1,106.32
    - Monthly Payment P&I: $950.57
    - Monthly Payment Escrow: $155.75
- Is there a balloon payment, deferred amount, etc.? No.

*remainder of page left intentionally blank --*

Movant believes the Agreement is in the best interest of all concerned parties.

WHEREFORE MOVANT PRAYS:

(a) That the Court enter an Order approving the Loan Modification Agreement which has been entered into by the parties; and

(b) For such other and further relief as this Court deems just and proper.

Date: January 4, 2024

<u>/s/ Lisa F. Caplan</u>
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor