**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO: 21-10183-SDB |
| | : |
| | : CHAPTER: 13 |
| | : |
| **MARQUITA NICHOLE CROMER** | : |
| **DONNIE DURAN CROMER** | : |
|     Debtors | : |
| ------------------------------------- | ------------------------------- |
| **PENNYMAC LOAN SERVICES, LLC,** | : |
|     Movant, | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| | : |
| **MARQUITA NICHOLE CROMER** | : |
| **DONNIE DURAN CROMER** | : |
| **HUON LE, Trustee** | : |
|     Respondents. | : |

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION**

PennyMac Loan Services, LLC, for itself, its successors and assigns (the "Movant"), filed a Motion to Approve Loan Modification (the "Motion"). Debtors, negotiated a Loan Modification Agreement (a copy of which was attached as Exhibit "A" to the Motion) with

respect to Debtors` property, now or formerly known as 3715 SHALLOW CREEK XING, MARTINEZ, GA 30907. Accordingly, it is hereby

**ORDERED** that the Motion is *granted*: Debtor and Movant may consummate the Loan Modification Agreement; provided, however, that Movant shall then amend its arrearage Proof of Claim to reflect only the arrearages disbursed by the Trustee and credited to the loan prior to contemplation of the modification

**[END OF DOCUMENT]**

Prepared and Consented to by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor

DISTRIBUTION LIST

Marquita Nichole Cromer
3715 Shallow Creek Crossing
Martinez, GA 30907

Donnie Duran Cromer
3715 Shallow Creek Crossing
Martinez, GA 30907

Kathryn Anne Brow Aho, Esq.
Duncan & Brow Augusta, P.C.
3574 Riverwatch Parkway
Augusta, GA 30907

Huon Le
P O Box 2127
Augusta, GA 30903

United States Trustee
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401


Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071